IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANTHONY L. WHITE**                                                     **PETITIONER**

**V.**                                **NO. 4:21-CV-00044-DMB-JMV**

**M.D.O.C.**                                      **RESPONDENT(S)**

### ORDER DIRECTING STATE TO RESPOND

Anthony L. White has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED:**

1. That no later than July 14, 2021, respondent, through Lynn Fitch, Attorney General of the State of Mississippi, file an answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charge of aggravated assault on law enforcement officer and possession of a firearm by a convicted felon against the petitioner in the Circuit Court of Madison County, Mississippi (to the extent such are relevant to the State's response).

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 30th day of April, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGITRATE JUDGE**